IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:21-MC-3936-WKW |
| CHRISTI MURPHY-THOMAS, | ) [WO] ) ) |
| Defendant, | ) ) ) |
| ALABAMA MIDDLE FEDERAL DEFENDERS PROGRAM, INC., Montgomery, Alabama, | ) ) ) ) |
| Garnishee. | ) |

# **ORDER**

On August 10, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 36; *see also* Doc. # 38.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 36) is ADOPTED;

(2) Defendant Christi Murphy-Thomas's objections to the writ of garnishment (Doc. # 32) are OVERRULED; and

(3) Defendant's motion to quash (Doc. # 23) is DENIED.

An appropriate disposition order will be entered separately.

DONE this 24th day of August, 2021.

                                            /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE